UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

                                                                         Case No. 16-15126-RAM

Marysel Urbanik                                                              Chapter 13
_____Debtor  /

## MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE AND REINSTATE THE SAME

      **COMES NOW,** the Debtor, Marysel Urbanil, by and through undersigned counsel and move this Honorable Court for an Order Vacating Dismissal and Reinstate the Same and as grounds therefore would show:

    1.    Debtors was dismissed on Aug 29, 2016 due to Denial of Confirmation of Plan.

    2.    Debtor is ready and willing and able to satisfy all deficiencies at this time.

    3.    Undersigned Counsel is holding funds due to make the Debtor current under the last filed plan.

      **WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting Debtors' Motion to Vacate Order Dismissing Case and reinstating same.

                                            Respectfully Submitted:
                                            **Maite L. Diaz, Esq.**
                                            Attorney for Debtor
                                            P.O. Box 820300
                                            South Florida, FL 33082
                                            Telephone:954-389-1667
                                            Facsimile: 954-431-0606

                                            By:____/s/ Maite L. Diaz_____
                                            Maite L. Diaz, Esq.
                                            FBN #025880
                                            **CERTIFICATE OF SERVICE**

2

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Reinstate Case and Notice of Hearing were provided by CM/ECF to Nancy Neidich, Trustee and via US MAIL/CM ECF to all registered cm/ecf users on the 31 day of August, 2016.

Respectfully Submitted:

**Maite L Diaz, Esq.**
Attorney for Debtor(s)
P.O. Box 820300
South Florida, FL 33082
Telephone:954-300-3915
Facsimile: 954-431-0606

By:*/s/Maite L. Diaz*
Maite L. Diaz, Esq.
   Florida Bar No. 025880