

**ORDERED in the Southern District of Florida on July 20, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                  Case No. 16-15126-RAM

MARYSEL URBANIK,                                        Chapter 13

        Debtor.
_____/

**ORDER DENYING AS MOOT MOTION FOR RELIEF FROM STAY [D.E. 62] AND**
**MOTION TO VACATE MORTGATE MODIFICATION MEDIATION ORDER**
**HEARING [D.E. 69]**

THIS CAUSE having been scheduled to come on to be heard on July 18, 2017 at 9:00

A.M., on the *Motion for Relief from Stay* [D.E. #62] and the *Motion to Vacate Mortgage*

*Modification Mediation Order* [D.E. #69] (collective, the "***Motions***") filed by Wells Fargo Bank,

N.A. (the "***Secured Creditor***").  The Court is advised that the Debtor has now submitted a loan

modification package to the Secured Creditor via the MMM portal, and is otherwise currently in

compliance with the requirements of the MMM program.  Therefore, it is,

**ORDERED:**

1.       The *Motion for Relief from Stay* [D.E. #62] and the *Motion to Vacate Mortgage*

*Modification Mediation Order* [D.E. #69] are **DENIED AS MOOT**, without prejudice to the

Secured Creditor re-filing the same if warranted under the facts and circumstances of the case.

### # # #

Submitted by:
Rachel L. Ahlum, Esq.
Aldridge | Pite LLP
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: RAhlum@aldridgepite.com

*Attorney Rachel L. Ahlum, Esq., is directed to mail a conformed copy of this Order to all interested parties and file a certificate of service reflecting service thereof.*