UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Joshua S. Lohn                               Case No. 10-47961-RAM
Grecia Lohn                                     Chapter   13
_____/

## MOTION TO DEEM MORTGAGE ON DEBTOR'S HOMESTEAD CURRENT

Debtor's, Joshua S. Lohn and Grecia Lohn, by and through undersigned counsel hereby files this Motion to Deem Mortgage on Debtor's Homestead Current and respectfully represents:

1.  This case was filed as a Chapter 13 bankruptcy proceeding by the Debtors on December 14, 2010.

2.  On August 2, 2011 the Court confirmed the debtors' Fourth Amended Chapter 13 plan.

3.  The Fourth Amended Chapter 13 Plan included the ongoing monthly Mortgage payment and payments toward the arrearages to SunTrust Bank.

4.  The Debtors have made all payment under the Fourth Amended Chapter 13 Plan.

5.  The Debtors are current with their ongoing mortgage payments and have also paid their arrearages in full to SunTrust Bank.

6.  The Debtors now seek to have the Court deem that their Mortgage with SunTrust Bank  current.

7.  Further, the Debtors move to have SunTrust Bank resume sending their monthly statements to their home address or alternatively Sun Trust Bank resume

whatever their prior procedure was for collecting the monthly mortgage payments from the Debtors.

WHEREFORE, Debtors respectfully request that this Court deem that the mortgage with Sun Trust Bank as current, enter an Order requiring SunTrust Bank to resume sending their monthly statements to the Debtors, and award such other relief deemed just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __20TH__ day of April, 2016 a true and correct copy of the foregoing has been cm/ecf and emailed to Ashley Prager Popowitz, Esq., email: alp@mccallaraymer.com, and Chapter 13 Trustee Nancy K. Neidich.

    Attorneys At Law
    Joseph M. Corey Jr. P.A.
    900 West 49th Street, Suite 206
    Hialeah, FL 33012
    Tel: (305) 557-1750

    By: ___/s/ Joseph M. Corey
    Joseph M. Corey, Jr., Esquire
    FBN: 333174